UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 18, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.   22-CR-398 (TSC) |
| | : | |
| v. | : | |
| | : | |
| JEAN ROBERT BAPTISTE, | : | VIOLATIONS: |
| also known as | : | 18 U.S.C. § 922(g)(1) |
| John Robert Jean-Baptiste, | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a |
| Defendant. | : | Crime Punishable by Imprisonment for a |
| | : | Term Exceeding One Year) |
| | : | 18 U.S.C. § 922(o) |
| | : | (Unlawful Possession of a Machinegun) |
| | : | 18 U.S.C. § 933(a)(2) |
| | : | (Trafficking in Firearms) |
| | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 924(d), 21 U.S.C. § 853(p); |
| | : | and 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about October 19, 2022, within the District of Columbia, **JEAN ROBERT BAPTISTE, also known as John Robert Jean-Baptiste,** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2011-CF1-004786, did unlawfully and knowingly receive and possess a firearm, that is, a 10mm Glock 29 handgun, with an obliterated serial number, a .40 caliber Glock 23 Gen 5 handgun, S/N AGMB711, a 10mm Glock 20 handgun, S/N BMXP807, and a Micro draco (PMD-19863-20-ROA), with a drum magazine, and did unlawfully and knowingly receive and possess ammunition, that is, 122 rounds of 10mm ammunition, 92 rounds of .40 caliber ammunition, 228 rounds of 9mm ammunition, 49 rounds of

7.62 x 39mm ammunition, 50 rounds of 38 special ammunition, 21 rounds of .357 sig ammunition, and 16 assorted magazines, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about October 19, 2022, within the District of Columbia, **JEAN ROBERT BAPTISTE, also known as John Robert Jean-Baptiste**, did knowingly and unlawfully possess a machinegun, as defined by Title 26, United States Code, Section 5845(b), that is, nine machinegun conversion devices, designed and intended to convert the pistol into a weapon which shot, and was designed to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger.

(**Unlawful Possession of a Machinegun**, in violation of Title 18, United States Code, Section 922(o))

## COUNT THREE

Between on or about September 8, 2022 and October 19, 2022, within the District of Columbia, **JEAN ROBERT BAPTISTE, also known as John Robert Jean-Baptiste**, did receive from another person, in or otherwise affecting interstate or foreign commerce, a firearm, that is, a Micro draco (PMD-19863-20-ROA), knowing or having reasonable cause to believe that such receipt would constitute a felony, or did attempt to conspire to do so.

(**Trafficking in Firearms**, in violation of Title 18, United States Code, Section 933(a)(2))

## COUNT FOUR

On or about November 26, 2022, within the District of Columbia, **JEAN ROBERT BAPTISTE, also known as John Robert Jean-Baptiste**, knowing he had previously been

2

convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2011-CF1-004786, did unlawfully and knowingly receive and possess a firearm, that is, a 9mm Glock 19X handgun, S/N BVHW427, with a machinegun conversion device and did unlawfully and knowingly receive and possess ammunition, that is, 31 rounds of 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT FIVE

On or about November 26, 2022, within the District of Columbia, **JEAN ROBERT BAPTISTE, also known as John Robert Jean-Baptiste**, did knowingly and unlawfully possess a machinegun, as defined by Title 26, United States Code, Section 5845(b), that is, a machinegun conversion device designed and intended to convert the pistol into a weapon which shot, and was designed to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger.

**(Unlawful Possession of a Machinegun**, in violation of Title 18, United States Code, Section 922(o))

## FORFEITURE ALLEGATION

1.      Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to 10mm Glock 29 handgun, with an obliterated serial number, a .40 caliber Glock 23 Gen 5 handgun, S/N AGMB711, a 10mm Glock 20 handgun, S/N BMXP807, a Micro draco (PMD-19863-20-ROA), with a drum

3

magazine, 122 rounds of 10mm ammunition, 92 rounds of .40 caliber ammunition, 228 rounds of

9mm ammunition, 49 rounds of 7.62 x 39mm ammunition, 50 rounds of 38 special ammunition,

21 rounds of .357 sig ammunition, and 16 assorted magazines, 9 machinegun conversion devices;

a 9mm Glock 19X handgun, S/N BVHW427, with a machinegun conversion device, and 31 rounds

of 9mm ammunition.

2.    If any of the property described above as being subject to forfeiture, as a result of

any act or omission of the defendant:

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to, or deposited with, a third party;

(c)    has been placed beyond the jurisdiction of the Court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property that cannot be subdivided without

difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value

of the property described above, pursuant to Title 21, United States Code, Section 853(p), as

incorporated by Title 28, United States Code, Section 2461(c).

**(Criminal Forfeiture,** pursuant to Title 18, United States Code, Section 924(d), Title 21,
United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

*Matthew M. Graves/CCW*

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.

4