**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA          *

  v.                                                    *  Criminal Case No. 22-398-TSC

JEAN ROBERT BAPTISTE              *

\*          \*          \*          \*          \*          \*          \*          \*          \*          \*          \*

**DEFENDANT'S SENTENCING MEMORANDUM**

      The Defendant, JEAN BAPTISTE, by and through his attorney Alfred

Guillaume III, hereby submits the following sentencing mitigation report.

      WHEREFORE, undersigned counsel requests that this Honorable Court consider

the report and all its attachments at the Defendant's sentencing.

                          Respectfully submitted,

*Alfred Guillaume*
_____
Alfred Guillaume III, Esq.
Law Offices of Alfred Guillaume III
1350 Connecticut Ave. NW, #308
Washington, D.C. 20036

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Sentencing Memorandum was electronically
filled with the Clerk via the CM/ECF system on May 17, 2024 with notice and access
to all involved parties.

*Alfred Guillaume*
_____
Alfred Guillaume III, Esq.